1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11  EDWARD NEVAREZ,                    Case No. CV 14-9494 (SS)

12              Plaintiff,

13      v.                                 **JUDGMENT**

14  CAROLYN W. COLVIN, Acting
    Commissioner of Social
15  Security,

16              Defendant.

17

18      IT IS ADJUDGED that the decision of the Commissioner is

19  REVERSED and that the above-captioned action is REMANDED to the

20  Commissioner for further action consistent with the Court's

21  Memorandum Decision and Order.

22

23  DATED:  December 23, 2015

24

                                        /S/
25                           _____
                             SUZANNE H. SEGAL
26                           UNITED STATES MAGISTRATE JUDGE

27

28